UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: ED16-0327M |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS |
| v. | ) | (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| ALEXIS NOEL CARR, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the SOUTHERN District of CALIFORNIA for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (X)   information in the Pretrial Services Report and Recommendation

1

1       (X)   information in the violation petition and report(s)

2       (X)   the defendant's nonobjection to detention at this time

3       ( )   other:_____

4   and/ or

5 B. ( ) The defendant has not met his/her burden of establishing by clear and convincing

6     evidence that he/she is not likely to pose a danger to the safety of any other

7     person or the community if released under 18 U.S.C. § 3142(b) or (c).  This

8     finding is based on the following:

9       ( )   information in the Pretrial Services Report and Recommendation

10     ( )   information in the violation petition and report(s)

11     ( )   the defendant's nonobjection to detention at this time

12     ( )   other: _____

14 IT THEREFORE IS ORDERED that the defendant be detained pending the further

15 revocation proceedings.

17 Dated: July 27, 2016

_____
KENLY KIYA KATO
United States Magistrate Judge

2